UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CINDY G. McDONOUGH,<br>individually and on behalf of all others<br>similarly situated,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>RISK MANAGEMENT ALTERNATIVES,<br>INC.,<br>　　　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO: 03-12512-EFH |

## MOTION TO APPROVE STIPULATION TO ENLARGE TIME TO ANSWER

Pursuant to F.R.Civ.P. Rule 6(b)(1), the parties to the above-captioned action hereby request that this Court approve their agreement that the time period within which the Defendant must respond to the Plaintiff's Complaint be extended through February 10, 2004.


**CINDY G. McDONOUGH,**
individually, et al.,

By her attorney,


Yvonne W. Rosmarin (BBO# 566428)
**Law Office of Yvonne E. Rosmarin**
58 Medford Street
Arlington, MA 02474
(781) 648-4040


Dated: 1/26/04


**RISK MANAGEMENT
ALTERNATIVES, INC.,**

By its attorney,


Douglas B. Otto  (BBO# 555269)
**MORRISON, MAHONEY & MILLER, LLP**
250 Summer Street
Boston, MA 02210
(617) 737-8873

1065123v1