IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CINDY G. McDONOUGH, )
individually and on behalf of all others )
similarly situated, )
        Plaintiff )
 ) No. 03-12512 EFH
v. )
 )
RISK MANAGEMENT ALTERNATIVES, INC., )
        Defendant )

### PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), Plaintiff, Cindy G. McDonough, and her attorney, Yvonne W. Rosmarin, hereby certify that we have conferred

    (a)    with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Yvonne W. Rosmarin

_____
Cindy G. McDonough