**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

CINDY G. McDONOUGH,                                    )
individually and on behalf of all others               )
similarly situated,                                    )
          Plaintiff                   )
                                         )     No. 03-12512 EFII
        v.                                         )
                                         )
RISK MANAGEMENT ALTERNATIVES, INC.,                    )
          Defendant                   )

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, the parties have conferred and respectfully submit the following joint statement:

1.      Counsel for both parties have conferred pursuant to Fed. R. Civ. P. 26(f), Local Rule 16.1(B) and this Court's order.

    a.      The matters to be discussed at the scheduling conference on May 12, 2004 should include those outlined in ¶¶ 3 and 4 *infra*, which include scheduling matters.

    b.      The parties discussed a proposed pretrial schedule, outlined in ¶ 4 *infra*.

    c.      Plaintiff consents to full magistrate jurisdiction and trial by magistrate. Defendant does not at this time consent to full magistrate jurisdiction, but the parties will continue to confer regarding this issue.

2.      Plaintiff has presented a written settlement proposal to Defendant in accordance with Local Rule 16.1(C).

3.      The parties discussed Plaintiff's request that both parties stipulate to the admissibility of the copies of checks attached to Plaintiff's Complaint as Exhibits 1 and 2 for use at trial and in motions. Defendant does not at this time agree to so stipulate, but the parties will

continue to confer regarding this issue.

    4.       Proposed pretrial schedule (Local Rule 16.1(D)). The parties propose the case management plan below, subject to further motions as presented by the parties jointly or individually.

**Discovery:** Discovery will be phased and will proceed according to the following schedule. The parties reserve the right to raise any and all objections, as appropriate and as necessary, to any written and/or oral discovery.

    A.       Plaintiff has served her Initial Discovery Disclosures on Defendant. Defendant shall have until May 21, 2004 to serve its Initial Discovery Disclosures on Plaintiff.

    B.       Phase I Initial Assessment and Class Discovery to be completed by November 30, 2004 will include, but is not limited to:

          (1)     All initial, automatic disclosures and document production

          (2)     Interrogatories and Requests for Document Production

          (3)     Depositions of parties and their agents or former agents

          (4)     Requests for Admissions

          (5)     A conference to discuss settlement potential

    C.       Phase II Discovery for Trial Preparation to be completed within 120 days after a ruling on all dispositive motions will include, but is not limited to:

          (1)     Discovery of experts

          (2)     Any additional Interrogatories and Requests for Document Production

          (3)     Any additional depositions

          (4)     Any additional Requests for Admissions

**Class certification motion:** Defendant shall have until 14 days after the close of class

discovery to file its opposition to Plaintiff's motion for class certification. Plaintiff shall have until 21 days after the later of the close of class discovery or the date on which Defendant files its opposition to Plaintiff's motion for class certification to file her reply to Defendant's opposition.

**Dispositive motions:** All dispositive motions to be filed by the later of March 15, 2005 or within 90 days following the closure of all discovery. Any responses or motions under Fed. R. Civ. P. 56(f) to reopen discovery shall be filed within the period established to respond or reply to any dispositive motion.

**Final Supplementation:** Final supplementation of expert Answers to Interrogatories within 60 days after disposition of motions and at least 90 days before trial.

**Pretrial conference:** Set by the Court after ruling upon dispositive motions.

4.      The certification required by Local Rule 16.1(D)(3) completed by the Defendant and its counsel is attached. Certifications completed by the Plaintiff and her counsel shall be filed with the Court under separate cover.

Respectfully submitted,
For the Plaintiff

Yvonne W. Rosmarin BBO# 566428
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474
781-648-4040

For the Defendant

Douglas B. Otto BBO #555269
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210
617-737-8873

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CINDY G. McDONOUGH,<br>individually and on behalf of all others<br>similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>RISK MANAGEMENT ALTERNATIVES,<br>INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO: 03-12512-EFH<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF
## DEFENDANT, RISK MANAGEMENT ALTERNATIVES, INC.

The undersigned hereby certifies that, pursuant to Local Rule 16.1(D)(3), the Defendant,

Risk Management Alternatives, Inc. ("RMA") and its undersigned counsel have conferred with a

view to establishing a budget for the costs of conducting the full course, as well as various

alternative courses, of this litigation. In addition, RMA has conferred with its undersigned

counsel to consider the resolution of the litigation through the use of alternative dispute

resolution programs such as those outlined in Local Rule 16.4 – mini trial; summary jury trial;

and mediation.

RISK MANAGEMENT
ALTERNATIVES, INC.,

By: _____
    Santhia Curtis, General Counsel
    Risk Management Alternatives, Inc.
    2nd Floor, Legal Department
    2675 Breckinridge Boulevard
    Duluth, Georgia 30096

MORRISON, MAHONEY & MILLER, LLP

By: _____
    Douglas B. Otto, Esquire
    Morrison, Mahoney & Miller, LLP
    250 Summer Street
    Boston, MA 02210
    (617) 737-8873