IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CINDY G. McDONOUGH,<br>individually and on behalf of all others<br>similarly situated,<br>        Plaintiff<br><br>        v.<br><br>RISK MANAGEMENT ALTERNATIVES, INC.,<br>        Defendant | )<br>)<br>)<br>)<br>)<br>)  No. 03-12512 EFH<br>)<br>)<br>)<br>)<br>) |

**PROPOSED AMENDED CASE MANAGEMENT PLAN**

The Plaintiff proposes the following Amended Case Management Plan as part of her Motion to Amend Case Management Plan:

**Discovery:** Discovery will be phased and will proceed according to the following schedule. The parties reserve the right to raise any and all objections, as appropriate and as necessary, to any written and/or oral discovery.

    A.    Phase I Initial Assessment and Class Discovery to be completed by February 15, 2005 will include, but is not limited to:

        (1)    All initial, automatic disclosures and document production

        (2)    Interrogatories and Requests for Document Production

        (3)    Depositions of parties and their agents or former agents

        (4)    Requests for Admissions

        (5)    A conference to discuss settlement potential

    B.    Phase II Discovery for Trial Preparation to be completed within 120 days after a ruling on all dispositive motions will include, but is not limited to:

        (1)    Discovery of experts