## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

CINDY G. McDONOUGH,  )
individually and on behalf of all others  )
similarly situated,  )
            Plaintiff  )
  )   No. 03-12512  EFH
        v.  )
  )
RISK MANAGEMENT ALTERNATIVES, INC.,  )
            Defendant  )

## ASSENTED TO MOTION TO AMEND CASE MANAGEMENT PLAN

The Plaintiff, Cindy G. McDonough, moves this Court for an order amending the current

case management plan previously approved by the court. In support of this motion, the Plaintiff

states as follows:

1.      By order of May 13, 2004, the Court approved the current case management plan,

which calls for the first phase of discovery, initial assessment and class discovery, to be

completed by November 30, 2004.

2.      On September 29, 2004, Plaintiff, a Massachusetts resident, served on Defendant,

a Georgia resident, her first discovery request, which included a Request for Production of

Documents comprised of twelve pages. On September 29, 2004, Plaintiff also served notice of a

Rule 30(b)(6) deposition of Defendant to be taken on November 16, 2004. Defendant's counsel

objected to Plaintiff's notice on the grounds that Plaintiff did not serve Defendant with a

subpoena, as well as on several additional grounds about which Plaintiff and Defendant differ.

3.      Defendant's counsel has informed Plaintiff's counsel that, due to his schedule in

November, he cannot complete Defendant's responses to Plaintiff's discovery requests until at

least the end of November. Despite Defendant's objections to Plaintiff's notice of deposition,

Defendant's counsel has agreed to cooperate with the scheduling of Defendant's Rule 30(b)(6)

deposition, however that deposition cannot now take place before December, 2004, as contemplated by the current schedule.

4.     The Plaintiff will need to have Defendant's responses to her discovery requests, including documents, prior to Defendant's deposition. Plaintiff will also need to wait until after Defendant's deposition in order to determine whether she needs to depose any additional individual agents of Defendant.

5.     Due to the upcoming holidays, the logistics of scheduling Defendant's deposition and Defendant's responses to Plaintiff's discovery may be additionally delayed.

6.     A proposed Amended Case Management Plan is attached.

7.     Neither party will be prejudiced by the proposed Amended Case Management Plan, and no prior requests for extension have been made

8.     Defendant has assented to this motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order approving the attached proposed Amended Case Management Plan, extending the period to complete the first phase of discovery, initial assessment and class discovery, until February 15, 2005 and revising the case management plan to extend all other deadlines by a period of 75 days.

Respectfully submitted,

Yvonne W. Rosmarin  BBO #566428
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474
781-648-4040

## CERTIFICATION

I, Yvonne W. Rosmarin, certify that pursuant to Local Rule 7.1(A)(2), counsel for the plaintiff and counsel for the defendants have conferred in good faith prior to the filing of this motion and Defendant has assented to this motion.

Yvonne W. Rosmarin

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on _Nov. 22, 2004_

Yvonne W. Rosmarin