IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CINDY G. McDONOUGH, <br> individually and on behalf of all others <br> similarly situated, <br>         Plaintiff <br><br> v. <br><br> RISK MANAGEMENT ALTERNATIVES, INC., <br>         Defendant | ) <br> ) <br> ) <br> ) <br> )   No. 03-12512 EFH <br> ) <br> ) <br> ) <br> ) |

**PROPOSED AMENDED CASE MANAGEMENT PLAN**

The parties propose the following Amended Case Management Plan:

**Discovery:** Discovery will be phased and will proceed according to the following schedule. The parties reserve the right to raise any and all objections, as appropriate and as necessary, to any written and/or oral discovery.

    A.    Phase I Initial Assessment and Class Discovery to be completed by March 30, 2005 will include, but is not limited to:

        (1)    All initial, automatic disclosures and document production

        (2)    Interrogatories and Requests for Document Production

        (3)    Depositions of parties and their agents or former agents

        (4)    Requests for Admissions

        (5)    A conference to discuss settlement potential

    B.    Phase II Discovery for Trial Preparation to be completed within 120 days after a ruling on all dispositive motions will include, but is not limited to:

        (1)    Discovery of experts

      (2)    Any additional Interrogatories and Requests for Document Production

      (3)    Any additional depositions

      (4)    Any additional Requests for Admissions

**Class certification motion:** Defendant shall have until 14 days after the close of class discovery to file its opposition to Plaintiff's motion for class certification. Plaintiff shall have until 21 days after the later of the close of class discovery or the date on which Defendant files its opposition to Plaintiff's motion for class certification to file her reply to Defendant's opposition.

**Dispositive motions:** All dispositive motions to be filed by the later of August 15, 2005 or within 90 days following the closure of all discovery. Any responses or motions under Fed. R. Civ. P. 56(f) to reopen discovery shall be filed within the period established to respond or reply to any dispositive motion.

**Final Supplementation:** Final supplementation of expert Answers to Interrogatories within 60 days after disposition of motions and at least 90 days before trial.

**Pretrial conference:** Set by the Court after ruling upon dispositive motions.

Respectfully submitted,

s/Yvonne W. Rosmarin
Yvonne W. Rosmarin   BBO # 566428
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474
781-648-4040

s/Douglas B. Otto
Douglas B. Otto BBO # 555269
Morrison, Mahoney LLP
250 Summer Street

Boston, MA 02110
617-737-8873

3