*Received*
*2-9-05*
*E.F.H.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CINDY G. McDONOUGH, individually and on behalf of all others similarly situated,<br>　　　　Plaintiff<br><br>　　v.<br><br>RISK MANAGEMENT ALTERNATIVES, INC.,<br>　　　　Defendant | )<br>)<br>)<br>)<br>) No. 03-12512 EFH<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER AMENDING CASE MANAGEMENT PLAN

Pursuant to the stipulation of the parties herein, the Court finds that the parties are attempting to work out their discovery schedules and differences and to accommodate an out of state deponent, extreme weather conditions, including a blizzard and unexpected surgery and need additional time to complete initial assessment and class discovery in the instant case. The Court therefore hereby adopts the Proposed Amended Case Management Plan attached hereto extending the period to complete the first phase of discovery, initial assessment and class discovery, until March 30, 2005 and revising the case management plan to extend all other deadlines by a period of 45 days.

SO ORDERED.

Dated: _Feb. 9, 2005_

_____
EDWARD F. HARRINGTON
United States Senior District Judge