UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CINDY G. McDONOUGH,
        Plaintiff

v.

RISK MANAGEMENT ALTERNATIVES, INC.,
        Defendant.

CIVIL ACTION NO.: 03-12512-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REVISED FINAL PRETRIAL CONFERENCE ORDER

March 23, 2005

HARRINGTON, S.D.J.

    The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on  Wednesday, October 12, 2005  .

    SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge