## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CINDY G. McDONOUGH,<br>individually and on behalf of all others<br>similarly situated, | ) ) ) | |
|         Plaintiff | ) ) | |
|     v. | ) ) | No. 03-12512  EFH |
| RISK MANAGEMENT ALTERNATIVES, INC.,<br>        Defendant | ) ) ) | |

### ORDER

This matter coming before the Court on the parties' Joint Motion to Approve Settlement

Agreement, the Court having reviewed the parties' motion and the Settlement Agreement

attached thereto as **Exhibit 1**, the parties' Settlement Agreement is hereby approved.

Dated: 4-5-05                         Entered: _____

                                                   Edward F. Harrington
                                                   United States District Judge