# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CINDY G. McDONOUGH,<br>individually and on behalf of all others<br>similarly situated,<br>        Plaintiff<br><br>        v.<br><br>RISK MANAGEMENT ALTERNATIVES, INC.,<br>        Defendant | )<br>)<br>)<br>)<br>)<br>)  No. 03-12512 EFH<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

The Plaintiff, Cindy G. McDonough, and the Defendant, Risk Management Alternatives, Inc., by their attorneys do stipulate and agree that the above action be dismissed with prejudice, waiving all rights of appeal, and each party to bear its own costs.

| The Plaintiff, by her attorney, | The Defendant, by its attorney, |
|---|---|
| s/Yvonne W. Rosmarin<br>Yvonne W. Rosmarin  BBO# 566428<br>Law Office of Yvonne W. Rosmarin<br>58 Medford Street<br>Arlington, MA 02474<br>781-648-4040 | s/Douglas B. Otto  (yr)<br>Douglas Otto  BBO# 555269<br>Morrison, Mahoney LLP<br>250 Summer Street<br>Boston, MA 02110<br>617-737-8873 |